UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT CLARK, individually and on behalf of all others similarly situated,<br><br>           Plaintiff<br><br>           v.<br><br>WHITEPAGES, INC, a Delaware corporation,<br><br>           Defendant. | CASE NO. 2:25-cv-00810<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL** |

CERTIFICATE OF SERVICE - 1
CASE NO. 2:25-cv-00810

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

I HEREBY CERTIFY that on May 2, 2025, I electronically filed the Notice of Removal with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure. The contact information, including email addresses, for counsel of record is as follows:

EMERY REDDY PLLC
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

BURSOR & FISHER, P.A.
Joseph I. Marchese (application for *pro hac vice* forthcoming)
Matthew A. Girardi (application for *pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
jmarchese@bursor.com
mgirardi@bursor.com

CERTIFICATE OF SERVICE - 2
CASE NO. 2:25-cv-00810

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | | |
|---|---|---|
| 1 | Dated:   May 2, 2025 | **GOLDFARB & HUCK ROTH RIOJAS, PLLC** |

By:  /s/  *Kimberlee L. Gunning*
Kimberlee L. Gunning, WSBA No. 35366

 /s/  *R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA  98104
Telephone: 206.452.0260
Email: gunning@goldfarb-huck.com
riojas@goldfarb-huck.com

**VEDDER PRICE P.C.**

By:  /s/  /Blaine C. Kimrey
Blaine C. Kimrey (*pro hac vice*, forthcoming)

 /s/  /Bryan K. Clark
Bryan K. Clark (*pro hac vice*, forthcoming)
222 N. LaSalle Street, Suite 2400
Chicago, IL  60601
Telephone: 312.609.7500
Email:   bkimrey@vedderprice.com
bclark@vedderprice.com

*Attorneys for Defendant Whitepages, Inc.*

CERTIFICATE OF SERVICE - 3
CASE NO. 2:25-cv-00810

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260