UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT CLARK, individually and on
behalf of all others similarly situated,

Plaintiff

v.

WHITEPAGES, INC, a Delaware
corporation,

Defendant.

CASE NO. 2:25-cv-00810

**VERIFICATION OF KIMBERLEE L.
GUNNING RE STATE COURT
RECORDS**

VERIFICATION - 1
CASE NO. 2:25-cv-00810

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

I, KIMBERLEE L. GUNNING, declare under penalty of perjury of the laws of the United States of America and the State of Washington that the following statements are true and correct and based on testimonial knowledge:

1.      I am over the age of 18 and competent to testify to the matters set forth herein.

2.      I am one of the attorneys representing defendant Whitepages, Inc.

3.      I hereby verify, pursuant to LCR 101(c) and 28 U.S.C. § 1446(a) that the documents attached hereto as **Exhibit A** are true and complete copies of all records and process filed in *Robert Clark v. Whitepages, Inc.*, Case No. 25-2-11215-2, in the Superior Court of the State of Washington in and for King County.

4.      This Verification is being filed within 14 days of the filing of the Notice of Removal pursuant to LCR 101.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Seattle, Washington on this 2nd day of May, 2025.

*/s/ Kimberlee L. Gunning*
Kimberlee L. Gunning, WSBA No. 35366

VERIFICATION - 2
CASE NO. 2:25-cv-00810

1

## <u>CERTIFICATE OF SERVICE</u>

2          The undersigned certifies that the foregoing document was filed electronically with the

3   Clerk of the Court using the CM/ECF system on May 2, 2025 and was served via the Court's

4   CM/ECF system on all counsel of record.

5

6          DATED this May 2, 2025.

7                                      */s/ Kimberlee L. Gunning*

8                                      Kimberlee L. Gunning, WSBA No. 35366

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

VERIFICATION - 3
CASE NO. 2:25-cv-00810

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260