UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT CLARK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>  v.<br><br>WHITEPAGES, INC, a Delaware corporation,<br><br>    Defendant. | CASE NO. 2:25-cv-00810<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

NOTICE OF INTERESTED PARTIES - 1
CASE NO. 2:25-cv-00810

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

TO: THE CLERK OF THE COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.

The undersigned counsel of record for defendant Whitepages, Inc. ("Whitepages") certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Interested Parties:

1. Plaintiff Robert Clark; and

2. Defendant Whitepages, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2)(A) and LCR 7.1, Whitepages makes the following disclosures:

Whitepages is a citizen of Delaware and Washington. Specifically, Whitepages is a Delaware corporation with its principal place of business in Seattle, Washington. Whitepages thus is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *See* 28 U.S.C. § 1332(c)(1).

Whitepages has no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1) and is not a publicly held company. Whitepages does not have any parent corporation or publicly held corporation owning 10% or more of its stock.

NOTICE OF INTERESTED PARTIES - 2
CASE NO. 2:25-cv-00810

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | | |
|---|---|---|
| 1 | Dated:   May 2, 2025 | **GOLDFARB & HUCK ROTH RIOJAS, PLLC** |
| 2 | | |
| 3 | | By: /s/ *Kimberlee L. Gunning* |
| 4 | | Kimberlee L. Gunning, WSBA No. 35366 |
| | | /s/ *R. Omar Riojas* |
| 5 | | R. Omar Riojas, WSBA No. 35400 |
| 6 | | 925 Fourth Avenue, Suite 3950 |
| | | Seattle, WA  98104 |
| 7 | | Telephone: 206.452.0260 |
| | | Email:   gunning@goldfarb-huck.com |
| 8 | | riojas@goldfarb-huck.com |
| 9 | | **VEDDER PRICE P.C.** |
| 10 | | |
| 11 | | By:  /s/  /*Blaine C. Kimrey* |
| 12 | | Blaine C. Kimrey (*pro hac vice*, forthcoming) |
| 13 | | /s/  /*Bryan K. Clark* |
| | | Bryan K. Clark (*pro hac vice*, forthcoming) |
| 14 | | 222 N. LaSalle Street, Suite 2400 |
| 15 | | Chicago, IL  60601 |
| | | Telephone:     312.609.7500 |
| 16 | | Email:   bkimrey@vedderprice.com |
| | | bclark@vedderprice.com |
| 17 | | |
| 18 | | *Attorneys for Defendant* |

NOTICE OF INTERESTED PARTIES - 3
CASE NO. 2:25-cv-00810

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on May 2, 2025 and was served via the Court's CM/ECF system on all counsel of record.

DATED this May 2, 2025.

                    */s/ Kimberlee L. Gunning*
                    Kimberlee L. Gunning, WSBA No. 35366

NOTICE OF INTERESTED PARTIES - 4
CASE NO. 2:25-cv-00810

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260