UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITEPAGES, INC, a Delaware corporation,<br><br>Defendant. | No. 2:25-cv-00810<br><br>PLAINTIFF'S JURY DEMAND |

Pursuant to Fed. R. Civ. P. 38, the Plaintiff, Robert Clark, hereby requests a trial by jury.

Dated: May 2, 2025               Respectfully submitted,

**EMERY REDDY PLLC**

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
    Timothy W. Emery, WSBA No. 34078
    Patrick B. Reddy, WSBA No. 34092
    Paul Cipriani, WSBA No. 59991
    600 Stewart St., Suite 1100
    Seattle, WA 98101
    Telephone: (206) 442-9106
    Facsimile: (206) 441-9711
    Email: emeryt@emeryreddy.com
    Email: reddyp@emeryreddy.com
    Email: paul@emeryreddy.com

PLAINTIFF'S JURY DEMAND –
2:25-cv-00810        PAGE 1 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1
2   **BURSOR & FISHER, P.A.**
    Joseph I. Marchese (*pro hac vice* forthcoming)
3   Matthew A. Girardi (*pro hac vice* forthcoming)
    1330 Avenue of the Americas, 32nd Floor
4   New York, NY
    Telephone: (646) 837-7127
5   Facsimile: (212) 989-9163
    Email: ykopel@bursor.com
6   Email: mgirardi@bursor.com

7   *Attorneys for Plaintiff*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S JURY DEMAND –
2:25-cv-00810                    PAGE 2 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

    Kimberlee L. Gunning, WSBA #35366
    R. Omar Riojas, WSBA #35400
    Goldfarb & Huck Roth Riojas, PLLC
    925 Fourth Avenue, Suite 3950
    Seattle, WA 98104
    Telephone: (206) 452-0260
    Email: gunning@goldfarb-huck.com
    Email: riojas@goldfarb-huck.com

    Blaine C. Kimrey
    Bryan K. Clark
    Vedder Price P.C.
    222 N. LaSalle Street, Suite 2400
    Chicago, IL 60601
    Telephone: (312) 609-7500
    Email: bkimrey@vedderprice.com
    Email: bclark@vedderprice.com

Dated this 2nd day of May, 2025, at Seattle, Washington.

                            */s/ Jennifer Chong*
                            Jennifer Chong, Legal Assistant
                            jennifer@emeryreddy.com