**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 5, 2025

**CLARK V. WHITEPAGES INC**
Case # 2:25−cv−00810−TL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Pro Hac Vice Admission**
It will be necessary for attorney(s) Joseph I Marchese and Matthew A. Girardi to apply for
Pro Hac Vice admission in this case. You may review the information regarding admission
and find the relevant documentation here. Questions about this process should be directed to
the Attorney Admissions Clerk at 206−370−8400 or
WAWD_Admissions@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file