1

2

3

**THE HONORABLE TANA LIN**

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

ROBERT CLARK, individually and on behalf
of all others similarly situated,

CASE NO.  2:25-cv-00810-TL

10

Plaintiff

**STIPULATED      MOTION      AND
[PROPOSED]  ORDER  TO  EXTEND
DEFENDANT   WHITEPAGES,   INC.'S
DEADLINE      TO      ANSWER      OR
OTHERWISE   RESPOND   TO   THE
COMPLAINT**

11

12

v.

13

WHITEPAGES,       INC,       a       Delaware
corporation,

**NOTE FOR MOTION CALENDAR:
Tuesday, May 6, 2025**

14

Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE- 1
CASE NO. 2:25-CV-00810-TL

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

Pursuant to Local Civil Rules 7(j) and 10(g), plaintiff Robert Clark ("Plaintiff") and defendant Whitepages, Inc. ("Whitepages"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the time for Whitepages to answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint") (Dkt. # 1-2) by thirty-five (35) days, to June 13, 2025.

Plaintiff filed his Class Action Complaint in King County Superior Court on April 10, 2025. (Dkt. # 1-2). On May 2, 2025, Whitepages filed its Notice of Removal to this Court. (Dkt. #1). Whitepages's current deadline to respond to the Complaint is May 9, 2025. Counsel for Plaintiff and counsel for Whitepages have met and conferred, and Plaintiff agreed to an extension for Whitepages of not more than thirty-five (35) days to answer, move, or otherwise respond to the Complaint. Whitepages has not previously requested, nor has Plaintiff previously granted, an extension of time to respond to the Complaint. This extension will not affect any other deadlines in the case.

The extension will allow the parties to discuss the proper forum for this action, including whether the case should proceed in arbitration.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of, or otherwise affect, any right, defense, claim, or objection.

THEREFORE, for the reasons stated above, the parties request that the Court enter an Order extending Whitepages's deadline to answer or otherwise respond to the Complaint to June 13, 2025.

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1    RESPECTFULLY SUBMITTED this 6th day of May, 2025.

2    *The undersigned certify that this motion contains 254  words, in compliance with the Local*

3    *Civil Rules*.

4

5

6    **EMERY REDDY, PLLC**                          **GOLDFARB & HUCK ROTH RIOJAS, PLLC**

7

8    By:  */s/  Timothy W. Emery*                   By:  */s/  Kimberlee L. Gunning*

9    Timothy W. Emery, WSBA No. 34078             Kimberlee L. Gunning, WSBA No. 35366
     Patrick B. Reddy, WSBA No. 34092             Omar Riojas, WSBA No. 35400
10   Paul Cipriani, WSBA No. 59991                925 Fourth Avenue, Suite 3950
     600 Stewart Street, Suite 1100               Seattle, WA  98104
11   Seattle, WA  98101                           Telephone: 206.452.0260
     Telephone: 206.442.9106                      Email:    gunning@goldfarb-huck.com
12   Email:    emerty@emeryreddy.com                        riojas@goldfarb-huck.com
               reddyp@emeryreddy.com
13             paul@emeryreddy.com

14   **BURSOR & FISHER, P.A.**                      **VEDDER PRICE P.C.**

15   Joseph I. Marchese (*pro hac vice*            Blaine C. Kimrey (*pro hac vice*
     application forthcoming)                      application forthcoming)
16   Matthew A. Girardi (*pro hac vice*            Bryan K. Clark (*pro hac vice* application
     application forthcoming)                      forthcoming)
17   1330 Avenue of the Americas, 32nd Floor       222 N. LaSalle Street, Suite 2400
     New York, NY 10019                            Chicago, IL  60601
18   Telephone: 646.837.7150                       Telephone: 312.609.7500
     Email:    jmarchese@bursor.com                Email:    bkimrey@vedderprice.com
19             mgirardi@bursor.com                           bclark@vedderprice.com

20   *Attorneys for Plaintiff Robert Clark*        *Attorneys for Defendant Whitepages, Inc.*

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE- 3
CASE NO. 2:25-CV-00810-TL

1

## [PROPOSED] ORDER

2

3     **IT IS SO ORDERED** this _____ day of May, 2025.

4

5                                          _____

6                                          THE HONORABLE TANA LIN
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE- 4
CASE NO. 2:25-CV-00810-TL

1

## CERTIFICATE OF SERVICE

2        The undersigned certifies that the foregoing document was filed electronically with the

3    Clerk of the Court using the CM/ECF system on May 6, 2025 and was served via the Court's

4    CM/ECF system on all counsel of record.

5        DATED this May 6, 2025.

6

7                                       _/s/ Kimberlee L. Gunning_____

8                                       Kimberlee L. Gunning, WSBA No. 35366

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINE- 5
CASE NO. 2:25-CV-00810-TL

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260